

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN JOSEPH OLD HORN,<br><br>Defendant. | CR 12-103-BLG-SPW-03<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 403), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Allen Joseph Old Horn's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 12th day of January 2017.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge